IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID ROCHA, JR.,<br><br>　　　　　　Defendant. | Case No.:  1:22-cr-00112-ADA-BAM<br><br>ORDER OF RELEASE |

　　　The above-named defendant having been sentenced on June 27, 2023, to Time Served,

　　　IT IS HEREBY ORDERED that the defendant shall be released forthwith.

　　　A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

　Dated:   June 27, 2023

　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE