HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:22-CR-00112-ADA-BAM |
| | ) | |
| *Plaintiff,* | ) | **APPLICATION AND ORDER** |
| | ) | **APPOINTING CJA PANEL COUNSEL** |
| vs. | ) | |
| | ) | |
| DAVID ROCHA, JR., | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

    Defendant, David Rocha, Jr., through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release. Our office has a conflict.

    Mr. Rocha is currently serving a 36-month term of supervised release that began on June 27, 2023. Mr. Rocha submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his Financial Affidavit, it is respectfully recommended that CJA panel counsel be appointed.

DATED: May 29, 2025                                                             */s/ Peggy Sasso*
                                                                                       PEGGY SASSO
                                                                                       First Assistant Defender

# **O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **May 29, 2025**               /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE