1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,      )   Case №: 1:22-CR-00112-ADA-BAM
                                 )
9            Plaintiff,           )        **O R D E R**
                                 )   **APPOINTING COUNSEL**
10          vs.                   )
                                 )
11  DAVID ROCHA, JR.,             )
                                 )
12          Defendant.            )
                                 )
13

14        The above named Defendant has, under oath, sworn or affirmed as to his financial

15  inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16  obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17  justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18        IT IS HEREBY ORDERED that Yan E. Shrayberman be appointed to represent the

19  above defendant in seeking Early Termination of Supervised Release, effective *nunc pro tunc* to

20  June 3, 2025.

21

22        This appointment shall remain in effect until further order of this court.

23

24  IT IS SO ORDERED.

25      Dated:  **June 4, 2025**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE
26

27

28

-1-