1  CROWN LAW FIRM
2  Yan E. Shrayberman (State Bar #253971)
   5151 North Palm Ave, Ste 100
3  Fresno, California 93704
   Telephone:   (559) 779-2315
4  Facsimile:   (559) 442-1567

5  Attorney for Defendant
   David Rocha Jr.
6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                ***

11 | UNITED STATES OF AMERICA,       | Court Case#:  1:22-cr-0112-ADA-BAM
12 |        Plaintiff,               | **MOTION TO TERMINATE CJA
13 |                                 | APPOINTMENT OF YAN E.
   | v.                              | SHRAYBERMAN AS ATTORNEY OF
14 |                                 | RECORD AND ORDER**
   | DAVID ROCHA JR.                 |
15 |                                 |
16 |        Defendant.               |

17     On May 29, 2025, CJA Panel Attorney Yan E. Shrayberman was appointed as

18 counsel to represent Mr. Rocha Jr. on his motion for early termination o supervised

19 release. Mr Rocha Jr.  has subsequently decided against pursuing such motion,

20 therefore, this appointment has come to an end.   Having completed his

21 representation of Mr Rocha Jr., CJA attorney Yan E. Shrayberman now moves to

22 terminate his appointment under the Criminal Justice Act.

23  ///
24  ///
25  ///
26  ///
27  ///
28

Should Mr Rocha Jr. require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: November 18, 2025                CROWN LAW FIRM

/s/ Yan E. Shrayberman
YAN E. SHRAYBERMAN
Attorney for Defendant
David Rocha Jr.

## ORDER

Having reviewed the notice and found that attorney Yan E. Shrayberman has completed the services for which he was appointed, the Court hereby grants attorney Yan E. Shrayberman's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Rocha Jr. though his Supervised Release Officer.

**IT IS SO ORDERED.**

Dated: November 18, 2025

_____
Troy L. Nunley
Chief United States District Judge